452 A.2d 32

Commonwealth v. Rios, Appellant.
Petition for Allowance of Appeal
Denied March 3, 1983.

Submitted December 15, 1981. Carol K.

McGinley, Public Defender, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before McEWEN, JOHNSON and WATKINS, JJ.

The judgment of sentence is affirmed.